DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JASON MILEWSKI,**
Appellant,

v.

**THE BANK OF NEW YORK MELLON,**
Appellee.

No. 4D2022-3365

[February 15, 2024]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Janet C. Croom, Judge; L.T. Case No. 312019CA000090.

Bruce Jacobs of Jacobs Legal, PLLC, Miami, for appellant.

Nancy Mason Wallace of Akerman LLP, Tallahassee, and William Patrick Heller of Akerman LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***